| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Uptown 240 LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
82-3546276

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **600 17th Street**<br>**Suite 2800 South**<br>**Denver, CO 80202**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Denver**<br>County | **Location of principal assets, if different from principal place of business**<br>**240 Lake Dillon Drive Dillon, CO 80435**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
www.uptown240.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor  **Uptown 240 LLC**  
     Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Uptown 240 LLC**                                        Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 3

Debtor **Uptown 240 LLC**          Case number (*if known*)
       Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Uptown 240 LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 23, 2023**
MM / DD / YYYY

X **/s/ Danilo A. Ottoborgo**
Signature of authorized representative of debtor

**Danilo A. Ottoborgo**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Keri L. Riley**
Signature of attorney for debtor

Date **February 23, 2023**
MM / DD / YYYY

**Keri L. Riley 47605**
Printed name

**Kutner Brinen Dickey Riley, P.C.**
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone **303-832-2400**   Email address **klr@kutnerlaw.com**

**47605 CO**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Uptown 240 LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Group 4G's<br>2308 Cherry Glen Drive<br>ATTN: Landon Greve<br>Jones, OK 73049 | | Land Lease and Working Capital | | | | $507,472.50 |
| MNJ Conslting by Design, Inc., LLC<br>P.O. Box 1461<br>ATTN: Mike Graham<br>Silverthorne, CO 80498 | | On-Site Superintendent/Line of Credit | | | | $252,776.24 |
| Innovise Business Consultants<br>7800 South Elati Street<br>ATTN: Jason McMillan<br>Littleton, CO 80120 | | Insurance | | | | $202,000.00 |
| Holland & Hart<br>P.O. Box 17283<br>ATTN: Jennifer Hall<br>Denver, CO 80217-0283 | | Attorney Fees | | | | $200,891.50 |
| Melbourne Studios<br>652 Miller Street Woodstock<br>ATTN: Kevin Melbourne<br>Ontario, Canada N4S5K1 | | Webmaster and Marketing | | | | $23,082.50 |
| CTL Thompson<br>7306 South Alton Way<br>ATTN: George W. Benecke<br>Centennial, CO 80112 | | Material Testing and Observation | | | | $13,047.00 |

Debtor **Uptown 240 LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barton Materials LLC** 14800 Moncrieff Place Aurora, CO 80011 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $20,525.58 | $27,000,000.00 | Unknown |
| **ClayDean Electric Co.** 5150 Havana Street Suite B ATTN: Adam Fenerstein Denver, CO 80239 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $575,154.00 | $27,000,000.00 | Unknown |
| **ConTech Engineered Solutions LLC** 625 The City Drive South Suite 190 ATTN: Craig P. Bronstein Orange, CA 92868 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $28,529.78 | $27,000,000.00 | Unknown |
| **Epoch Developments LLC** 1601 Arapahoe Street ATTN: Craig Stawson Denver, CO 80202 | Craig@EpochDevelopments.com | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $0.00 | $27,000,000.00 | Unknown |
| **JPG Dillon LLC** 4500 East Cherry Creek South Drive Suite 1080 ATTN: Paul Urtz, Esq. Denver, CO 80246 | PaulUrtz@MillerUrtz.com | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $9,517,080.31 | $27,000,000.00 | Unknown |
| **Maximum Services, Inc.** P.O. Box 695 ATTN: Shawna Nelson Kremmling, CO 80459 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $353,304.85 | $27,000,000.00 | Unknown |
| **ProNet Capital LLC** 2000 South Colorado Blvd. Tower 2, Suite 700 ATTN: Douglas Brown Denver, CO 80232 | DBrown@BDWF-Firm.com | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $126,017.84 | $27,000,000.00 | Unknown |

Debtor **Uptown 240 LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **R&H Mechanical, Inc.** P.O. Box 810 ATTN: David Young Eagle, CO 81631 | | **Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO** | | $334,181.64 | $27,000,000.00 | Unknown |
| **RMS Concrete** P.O. Box 670 ATTN: Reuben Vargas Glenwood Springs, CO 81602 | | **Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO** | | $978,433.90 | $27,000,000.00 | Unknown |
| **Symmetry Builders, Inc.** 5069 Silver Peak Avenue, Suite 1 ATTN: Erin Aitkens Dacono, CO 80514 | EAitken@SymmetryBuilders.Net | **Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO** | | $2,940,756.81 | $27,000,000.00 | Unknown |
| **Town of Dillon** P.O. Box 8 ATTN: Carri McDonall Dillon, CO 80435 | CMcDonnall@TownofDillon.com | **Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO** | | Unknown | $27,000,000.00 | Unknown |

# United States Bankruptcy Court
## District of Colorado

In re **Uptown 240 LLC**

Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 23, 2023**

**/s/ Danilo A. Ottoborgo**
**Danilo A. Ottoborgo**/**President**
Signer/Title