| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Uptown 240 LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Group 4G's<br>2308 Cherry Glen Drive<br>ATTN: Landon Greve<br>Jones, OK 73049 | | Land Lease and Working Capital | | | | $507,472.50 |
| MNJ Conslting by Design, Inc., LLC<br>P.O. Box 1461<br>ATTN: Mike Graham<br>Silverthorne, CO 80498 | | On-Site Superintendent/Line of Credit | | | | $252,776.24 |
| Innovise Business Consultants<br>7800 South Elati Street<br>ATTN: Jason McMillan<br>Littleton, CO 80120 | | Insurance | | | | $202,000.00 |
| Holland & Hart<br>P.O. Box 17283<br>ATTN: Jennifer Hall<br>Denver, CO 80217-0283 | | Attorney Fees | | | | $200,891.50 |
| Melbourne Studios<br>652 Miller Street Woodstock<br>ATTN: Kevin Melbourne<br>Ontario, Canada N4S5K1 | | Webmaster and Marketing | | | | $23,082.50 |
| CTL Thompson<br>7306 South Alton Way<br>ATTN: George W. Benecke<br>Centennial, CO 80112 | | Material Testing and Observation | | | | $13,047.00 |

| Debtor | Uptown 240 LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barton Materials LLC**<br>14800 Moncrieff Place<br>Aurora, CO 80011 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $20,525.58 | $27,000,000.00 | Unknown |
| **ClayDean Electric Co.**<br>5150 Havana Street Suite B<br>ATTN: Adam Fenerstein<br>Denver, CO 80239 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $575,154.00 | $27,000,000.00 | Unknown |
| **ConTech Engineered Solutions LLC**<br>625 The City Drive South<br>Suite 190<br>ATTN: Craig P. Bronstein<br>Orange, CA 92868 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $28,529.78 | $27,000,000.00 | Unknown |
| **Epoch Developments LLC**<br>1601 Arapahoe Street<br>ATTN: Craig Stawson<br>Denver, CO 80202 | Craig@EpochDevelopments.com | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $0.00 | $27,000,000.00 | Unknown |
| **JPG Dillon LLC**<br>4500 East Cherry Creek South Drive<br>Suite 1080<br>ATTN: Paul Urtz, Esq.<br>Denver, CO 80246 | PaulUrtz@MillerUrtz.com | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $9,517,080.31 | $27,000,000.00 | Unknown |
| **Maximum Services, Inc.**<br>P.O. Box 695<br>ATTN: Shawna Nelson<br>Kremmling, CO 80459 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $353,304.85 | $27,000,000.00 | Unknown |
| **ProNet Capital LLC**<br>2000 South Colorado Blvd.<br>Tower 2, Suite 700<br>ATTN: Douglas Brown<br>Denver, CO 80232 | DBrown@BDWF-Firm.com | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $126,017.84 | $27,000,000.00 | Unknown |

Debtor **Uptown 240 LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| R&H Mechanical, Inc. P.O. Box 810 ATTN: David Young Eagle, CO 81631 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $334,181.64 | $27,000,000.00 | Unknown |
| RMS Concrete P.O. Box 670 ATTN: Reuben Vargas Glenwood Springs, CO 81602 | | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $978,433.90 | $27,000,000.00 | Unknown |
| Symmetry Builders, Inc. 5069 Silver Peak Avenue, Suite 1 ATTN: Erin Aitkens Dacono, CO 80514 | EAitken@SymmetryBuilders.Net | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | $2,940,756.81 | $27,000,000.00 | Unknown |
| Town of Dillon P.O. Box 8 ATTN: Carri McDonall Dillon, CO 80435 | CMcDonnall@TownofDillon.com | Real Estate Development Project located at 240 Lake Dillon Drive, Dillon, CO | | Unknown | $27,000,000.00 | Unknown |