# United States Bankruptcy Court
## District of Colorado

In re __Uptown 240 LLC__  
Debtor(s)

Case No. __23-10617__  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| IGADC Family Corp. | | | 80% Ownership Interest |
| MNJ Conslting by Design, Inc., LLC<br>P.O. Box 1461<br>ATTN: Mike Graham<br>Silverthorne, CO 80498 | | | 20% Ownership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __March 9, 2023__            Signature __/s/ Danilo A. Ottoborgo__  
                                                                **Danilo A. Ottoborgo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders