UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-10617-TBM |
| UPTOWN 240 LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

     PLEASE TAKE NOTICE that Gabrielle G. Palmer enters her appearance on behalf of the Official Committee of Unsecured Creditors, and requests all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

Gabrielle G. Palmer
ONSAGER | FLETCHER | JOHNSON | PALMER LLC
600 17th Street Suite 425N
Denver, Colorado 80202
Ph: (720) 457-7059
Fax: (303) 512-1129
gpalmer@OFJlaw.com

Dated: April 25, 2023.                                   Respectfully submitted,

                                                             ONSAGER | FLETCHER | JOHNSON | PALMER LLC

                                                             *s/ Gabrielle G. Palmer*
                                                               Gabrielle Palmer, #48948
                                                                Andrew D. Johnson, #36879
                                                                J. Brian Fletcher, #28629
                                                          600 17th Street, Suite 425 North
                                                          Denver, Colorado 80202
                                                          720.457.7059
                                                          gpalmer@OFJlaw.com
                                                          ajohnson@OFJlaw.com
                                                          jbfletcher@OFJlaw.com

                                                          *Proposed Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

       I hereby certify that on April 25, 2023, I served a complete copy of this foregoing on the following parties (and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

| | |
|---|---|
| Attorney Patrick R. Akers; via CM/ECF | Attorney David M. Rich; via CM/ECF |
| Attorney Brittney Beall-Eder; via CM/ECF | Attorney Keri L. Riley; via CM/ECF |
| Attorney Douglas W. Brown; via CM/ECF | Attorney Benjamin Sales; via CM/ECF |
| Attorney Chad S. Caby; via CM/ECF | Attorney Bradley Shefrin; via CM/ECF |
| Attorney Javier Heres; via CM/ECF | Attorney Paul Urtz; via CM/ECF |
| Attorney Robert Lantz; via CM/ECF | Attorney US Trustee; via CM/ECF |
| Attorney Bolor Nyamaa; via CM/ECF | Attorney Nicole A. Westbrook; via CM/ECF |
| Attorney Barry L. Wilkie; via CM/ECF | Attorney Kevin S. Neiman; via CM/ECF |
| Attorney Aaron Garber; via CM/ECF | Dan Witte |

By:    *s/ Barbara A. Moss*