UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**ORDER GRANTING APPLICATION TO EMPLOY ONSAGER | FLETCHER |
JOHNSON | PALMER LLC, AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

THIS MATTER having come before the Court on the Application to Employ ONSAGER | FLETCHER | JOHNSON | PALMER LLC as Counsel for the Official Committee of Unsecured Creditors (the "Application"), and the Court, having examined the Application and the Verified Statement of Andrew D. Johnson on behalf of ONSAGER | FLETCHER | JOHNSON | PALMER LLC, and being otherwise fully advised in the premises, hereby:

FINDS that based on the Application and the materials submitted with it ONSAGER | FLETCHER | JOHNSON | PALMER LLC does not represent any other entity having an adverse interest in connection with the case, and that its employment is necessary and in the best interests of this bankruptcy estate.

IT IS THEREFORE ORDERED that:

1. Effective as of the date of the Application the Official Committee of Unsecured Creditors is authorized to employ ONSAGER | FLETCHER | JOHNSON | PALMER LLC as its counsel in this chapter 11 case.

2. No fees and expenses shall be paid to ONSAGER | FLETCHER | JOHNSON PALMER LLC, in connection with this case, except as provided by an order of this Court.

Dated: April 25, 2023           BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge