UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER APPROVING APPLICATION TO EMPLOY CHRYSALIS VALUATION CONSULTANTS, LLC TO PROVIDE PROFESSIONAL APPRAISAL SERVICES PURSUANT TO 11 U.S.C. § 327(a)**

THIS MATTER, having come before the Court on the Application of the Debtor for authority to appoint Chrysalis Valuation Services, LLC ("Appraiser") as its appraiser in this case, the Court being satisfied that Appraiser represents no interest materially adverse to the estate of the Debtor, and the matter upon which it is to be engaged, that its employment is necessary and would be in the best interests of the estate, it is

ORDERED

That the Debtor is authorized to employ and appoint Chrysalis Valuation Services, LLC as its accountant in this case under Chapter 11 as Debtor and Debtor-in-Possession; and it is

FURTHER ORDERED

That the fees and costs charged by Appraiser are subject to allowance or review by the Court in accordance with 11 U.S.C. Sections 329, 330 and 331.

Dated this 23rd day of May, 2023.    BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge