UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF FED. R. CIV. P. 30(B)(6) DEPOSITION OF
## JGJP DILLON, LLC

**PLEASE TAKE NOTICE** that Uptown 240, LLC ("Debtor") and the Official Committee of Unsecured Creditors ("Committee"), by and through their undersigned counsel of record, will conduct a sworn deposition of JGJP Dillon, LLC ("JGJP") pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable by Federal Rule of Bankruptcy Procedure 7030, in connection with the hearing on JGJP's Motion for Relief from Stay. The deposition will be held on June 5, 2023, commencing at 9:00 a.m. (MT), and may be taken by remote audio-visual conference technology.

JGJP will be examined regarding the topics set forth below. Pursuant to F.R.C.P. 30(b)(6), JGJP shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf. If more than one person is designated to testify on behalf of JGJP, Uptown and the Committee request that JGJP set forth, for each person so designated, the matters on which each individual will testify. The person(s) designated by JGJP shall be prepared to testify about information known or reasonably available to JGJP regarding the topics set forth below.

### TOPICS FOR EXAMINATION

1. Background and formation of JGJP and its members, managers, or controlling interest holders.

2. Knowledge of and circumstances surrounding JGJP's acquisition of the Note[1] from Broadmark, including the purpose for which JGJP acquired the Note and the amount paid to acquire the Note.

3. Knowledge of and communication between JGJP and any contractor, general contractor, subcontractor, or material supplier regarding past or prospective work on the Property.

4. Knowledge of and communications between JGJP and any mechanic's lien holder.

5. Any and all settlements or agreements between JGJP and any mechanic's lien holder.

6. Knowledge of and communications between JGJP and the Town of Dillon.

7. Basis for the amount included in Proof of Claim No. 33 filed by JGJP.

8. The Limited Market Value Appraisal conducted by JRES and dated February 2023 and any communications between JGJP and the appraiser, engineer, or any other persons who provided services related to the appraisal.

9. Knowledge of statements made regarding the condition of the Property, completion of the Property, and value of the Property.

10. JGJP's responses to the Joint Discovery Requests issued by Debtor and the Committee.

11. Knowledge regarding any document, including the authenticity of the same, produced in response to the Joint Discovery Requests issued to JGJP Dillon, LLC.

12. The steps taken to search for documents responsive to the Joint Discovery Requests.

13. Other planned or potential development projects in which JGJP or its affiliates have or may have an interest.

---

[1] Capitalized terms shall have the same meaning as defined in the *Joint Discovery Requests to JGJP Dillon, LLC* unless otherwise set forth herein.

14. The estimated value of the completed project, including pro formas and related documents.

15. The estimated cost to complete the project, including both internal and external calculations and related documents.

Dated: May 26, 2023                               Respectfully submitted,

*s/ Gabrielle G. Palmer*
Gabrielle G. Palmer, #48948
ONSAGER | FLETCHER | JOHNSON | PALMER LLC
600 17th Street, Suite 425N
Denver, CO 80202
gpalmer@OFJlaw.com
(720) 457-7059

*Counsel for the Official Committee of Unsecured Creditors*

*/s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
E-mail: klr@kutnerlaw.com
Telephone: 303-832-2910

*Counsel for Debtor*

## CERTIFICATE OF SERVICE

   I certify that on May 26, 2023, I served a complete copy of the foregoing **NOTICE OF FED. R. CIV. P. 30(B)()6) DEPOSITION OF JGJP DILLON, LLC** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Benjamin A. Sales, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Paul G. Urtz, Esq.
Miller & Urtz, LLC
4500 East Cherry Creek South Drive
Suite 1080
Denver, CO 80246

Douglas W. Brown, Esq.
Brown Dunning Walker Fein Drusch PC
7995 East Prentice Avenue
Suite 101E
Greenwood Village, CO 80111

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Patrick Akers, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

David M. Rich, Esq.
Buechler Law Office LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Chad S. Caby, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

Bolor Nyamaa, Esq.
Bradley N. Shefrin, Esq.
Hall Booth Smith, P.C.
5619 DTC Parkway
Suite 1200
Greenwood Village, CO 80111-3061

Britney D. Beall-Eider, Esq.
Zachary A. Grey, Esq.
Frascona Joiner Goodman and Greenstein, P.C.
4750 Table Mesa Drive
Boulder, CO 80305

Barry L. Wilkie, Esq.
Javier J. Heres, Esq.
Nicole A. Westbrook, Esq.
Jones & Keller, P.C.
1675 Broadway
26th Floor
Denver, CO 80202

Robert D. Lantz, Esq.
Castle Lantz Maricle, LLC
4100 East Mississippi Avenue
Suite 410
Denver, CO 80426

Dan White
5036 Copperglen Circle
Colleyville, TX 76034

Aaron A. Garber, Esq.
Wadsworth Garber Warner and
Conrardy, P.C.
2580 West Main Street
Littleton, CO 80120

J. Brian Fletcher, Esq.
Gabrielle G. Palmer, Esq.
Onsager Fletcher Johnson Palmer LLC
600 17th Street
Suite 425 North
Denver, CO 80202

Kyle C. Kreischer, Esq.
Ciancio Ciancio Brown, P.C.
1660 Lincoln Street
Suite 2000
Denver, CO 80264

K. Jamie Buechler, Esq.
Michael Lamb, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Matthew D. Skeen, Jr., Esq.
Skeen & Skeen, P.C.
P.O. Box 218
Georgetown, CO 80444


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**