# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UPTOWN 240 LLC, ) | Case No. 23-10617 TBM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| JGJP DILLON, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| UPTOWN 240 LLC, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER APPROVING STIPULATION AND MOTION TO APPROVE IN RELATION TO MOTION FOR RELIEF FROM STAY

THIS MATTER came before the Court upon the *Stipulation and Motion to Approve in Relation to Motion for Relief from Stay* (Docket No. ___, the "**Stipulation**"), filed by creditors RMS Concrete, Inc., Craig Slawson, CallComm Mining Corp., Note Acquisitions, Inc. and JGJP Dillon, LLC, debtor Uptown 240 LLC (the "**Debtor**"), and the Debtor's Official Committee of Unsecured Creditors. The Court, having considered the Stipulation, finds good cause to approve it. Accordingly, it is ORDERED as follows:

Paragraphs A-C of the Stipulation are APPROVED and made an Order of the Court.

DATED this 30th day of May, 2023.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge