**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>UPTOWN 240 LLC,<br><br>Debtor. | Bankruptcy Case No. 23-10617 TBM<br>Chapter 11 |

---

**ORDER FOR HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**

---

The Debtor, Uptown 240 LLC (the "Debtor") filed a Disclosure Statement (Docket No. 134, the "Disclosure Statement") on May 26, 2023, and a Plan of Reorganization (Docket No. 126, the "Plan") under Chapter 11 of the Bankruptcy Code on May 24, 2023. Accordingly,

IT IS ORDERED:

1. The Hearing to consider the adequacy of and to approve the Disclosure Statement pursuant to 11 U.S.C. § 1125 will be held **on July 18, 2023,** at **2:00 p.m.**, in Courtroom E, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado (the "Hearing").

2. On or before **June 5, 2023**, the Debtor shall

    a. mail the Notice of Hearing in the form attached (the "Notice of Hearing") to all creditors and indenture trustees, all equity security holders, and other parties in interest; and,

    b. mail a copy of the Plan, the Disclosure Statement, and the Notice of Hearing to the U.S. Trustee, counsel for the Creditors' Committee (or if there is no counsel, to the Committee Chairperson), the Trustee in the case, if any, and if the Debtor is not the Debtor, to the Debtor and Debtor's counsel, and to applicable regulatory authorities, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities for the State of Colorado (all at their addresses of record as specified by Fed. R. Bankr. P. 2002(g)).

3. On or before **June 5, 2023**, the Debtor shall also file with the Court a certificate of mailing of the Notice of Hearing, Plan, and Disclosure Statement as ordered.

4. Upon request of interested parties, the Debtor will promptly provide copies of the Plan and Disclosure Statement.

5. Objections to the Disclosure Statement shall be filed and served in the manner specified in Local Bankruptcy Rule 3017-1 and Fed. R. Bankr. P. 3017(a), **by no later than July 3, 2023**.

DATED this 30th day of May, 2023

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>UPTOWN 240 LLC,<br><br>Debtor. | Bankruptcy Case No. 23-10617 TBM<br>Chapter 11 |

**NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**

TO THE DEBTOR, CREDITORS, EQUITY HOLDERS, AND ALL OTHER PARTIES-IN-INTEREST:

NOTICE IS HEREBY GIVEN that a Disclosure Statement was filed by Uptown 240, LLC (the "Debtor").  Pursuant to Order of the Court, a Hearing will be held on the adequacy of such Disclosure Statement on **July 18, 2023, at 2:00 p.m.**, in Courtroom E, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver (the "Hearing").

Pursuant to Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorney for the Debtor, the Debtor, and counsel for Debtor, the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado by **July 3, 2023,** on the adequacy of the Disclosure Statement.  Objections shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the statement to which objections are made.  General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado.  Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the Debtor at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court.  The Debtor shall promptly provide the requested copy.

The Hearing may be continued from time to time by Order made in Open Court without further written notice to creditors or other parties in interest.

DATED: _____          DEBTOR:

_____
_____
_____