| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor: | UPTOWN 240 LLC | Case #: | 23-10617-TBM |
| | | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Forthwith Hearing

**Complete applicable sections.**

### Part 1   Certificate and Request for Hearing

On July 20, 2023, Uptown 240, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, **Motion to Approve Settlement Agreement by and Between JGJP Dillon, LLC, The Official Committee of Unsecured Creditors, and MNJ Consulting by Design, Inc.** (the "Motion") at docket no. **204**.   Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on **July 21, 2023**.
2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on **July 21, 2023**.
3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
   a.   Limited Objection filed by RMS Concrete, Inc. docket no., 272;
4. The docket numbers for each of the following relevant documents are:
   a.   the Motion and all documents attached thereto and served therewith, docket no. 204;
   b.   the Notice, docket no. 205;
   c.   the Certificate of Service of the Motion and the Notice, docket no. 206;
   d.   the Proposed Order, docket no.204.
5. Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner: The Parties have attempted in good faith to reach a resolution through changes to the proposed form of order.  To date, at least six (6) different versions of a proposed form of order have been exchanged, and the parties have had multiple calls regarding possible resolutions, but to date no agreement has been reached.
6. Resolution of this contested matter involves a determination of a legal issue, and Movant does not believe that an evidentiary hearing will be required.  Movant anticipates that a hearing will take approximately two (2) hours, and because of other upcoming deadlines in the case, including a proposed auction and confirmation of the Plan, requests that the Court set a forthwith hearing on the Motion to Approve the Settlement Agremeent.

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

Dated: August 16, 2023                                    Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com