# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UPTOWN 240 LLC | ) BANKRUPTCY NO. 23-10617 TBM |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

## JGJP DILLON LLC'S LIMITED OBJECTION TO AMENDED PLAN OF REORGANIZATION DATED MAY 24, 2023

JGJP Dillon LLC ("JGJP"), through its attorney, submits the following limited objection to the Debtor's Amended Plan of Reorganization Dated May 24, 2023 (the "Plan") (Docket #212) as follows:

1. JGJP, the Debtor, the Official Committee of Unsecured Creditors, and MNJ Consulting by Design, Inc. previously entered into a Settlement Agreement that was approved by the Court on August 18, 2023 (Docket #281). Section 6 of the Settlement Agreement provides that, subject to the entry of an Order approving the Settlement Agreement, "Uptown shall amend the Plan … to reflect and incorporate the terms of this [Settlement] Agreement."

2. Section 4.1 of the Plan references the Settlement Agreement by stating that JGJP's secured claim "will be treated and paid in accordance with the Settlement Agreement, which is attached hereto as Exhibit A." However, the Plan does not expressly incorporate the terms of the Settlement Agreement into the Plan, which is important because the Settlement Agreement grants certain remedies to JGJP in the event that JGJP's secured claim is not paid. JGJP surmises that the Debtor's failure to expressly incorporate the terms of the Settlement Agreement into the Plan was inadvertent and not intentional.

3. The Plan should be amended to expressly state that the terms of the Settlement Agreement are incorporated into the Plan, prior to the Plan's confirmation.

WHEREFORE, JGJP Dillon LLC respectfully requests that the Court consider this limited objection and sustain it, and grant such other and further relief as it deems proper.

Dated: September 5, 2023         MILLER & URTZ, LLC

By: *S/Paul G. Urtz*
Paul G. Urtz, #14339
4500 E. Cherry Creek South Dr.
Suite 1080
Denver, CO 80246
Telephone: (303) 861-1200
Email: paulurtz@millerurtz.com
Attorney for JGJP Dillon, LLC

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, a copy of the foregoing JGJP Dillon LLC's Limited Objection to the Amended Plan of Reorganization Dated May 24, 2023 was served by depositing in the U.S. Mail, first class postage prepaid, addressed to the following:

Uptown 240 LLC
600 17th Street
Suite 2800 South
Denver, CO 80202

And by CM/ECF to:

| | |
|---|---|
| Britney Beall-Eder | Patrick R. Akers |
| Douglas W Brown | Kelsey Jamie Buechler |
| Chad S. Caby | J. Brian Fletcher |
| Aaron A Garber | Javier Heres |
| Andrew D. Johnson | Kyle Kreischer |
| Michael Lamb | Robert Lantz |
| Kevin S. Neiman | Bolor Nyamaa |
| Gabrielle Palmer | David M. Rich |

2

| | |
|---|---|
| Keri L. Riley | Benjamin A. Sales |
| Bradley Shefrin | Matthew D. Skeen |
| Nicole A Westbrook | Barry L. Wilkie |
| Dan Witte | William Arant |
| Kyler K. Burgi | Lars Fuller |
| U.S. Trustee | |

                                                /s/Paul G. Urtz