UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## SUMMARY OF VOTING RESULTS

The Debtor, Uptown 240, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., hereby submits its Summary of Voting Results with respect to the Amended Plan of Reorganization Dated May 23, 2023 ("Plan") as follows:

1. Class 1 consists of the Allowed Secured Claim of JGJP Dillon, LLC. Class 1 is impaired by the Plan. Class 1 did not vote on the Plan and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988). The Class 1 Creditor did file a limited objection to confirmation.

2. Class 2a consists of the Allowed Secured Claim held by Symmetry Builders, Inc. Class 2a is impaired by the Plan. Class 2a did not vote on the Plan and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988).

3. Class 2b consists of the Allowed Secured Claim held by ClayDean Electric Company. Class 2b is impaired by the Plan. Class 2b voted to accept the Plan.

4. Class 2c consists of the Allowed Secured Claim held RMS Concrete, Inc. Class 2c is impaired by the Plan. Class 2c voted to reject the Plan and filed a limited objection.

5. Class 2d consists of the Allowed Secured Claim held Barton Materials, LLC. Class 2d is impaired by the Plan. Class 2d voted to reject the Plan.

6. Class 3 consists of Allowed Secured Claim held by the Town of Dillon. Class 3 is impaired by the Plan. Class 3 voted to accept the Plan.

7. Class 4 consists of the Allowed Secured Claim held by ProNet Capital, LLC. Class 4 is impaired by the Plan. Class 4 did not vote on the Plan and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988).

8. Class 5 consists of Allowed Secured Claim held by Craig Slawson  Class 5 is impaired by the Plan. Class 5 voted to accept the Plan.

9. Class 6 consists of the Allowed Claim of John and Melissa Hourigan. Pursuant to the Plan, the Class 6 Claim is treated as a Class 8 general unsecured claim.

5. Class 7 consists of the Allowed Claims of Buyers and is separately classified solely for the purpose of making an election in the event of a refinance. Consistent with the Notice of Selection filed on September 1, 2023, the Debtor is pursuing a sale, and all Class 7 creditors will be treated as Class 8 Claims. Notwithstanding the selection by the Debtor, the Debtor is nonetheless providing information on parties who, in the event of a refinance, would have elected to have their contract assumed. This information is provided solely for informational and disclosure purposes. Providing this additional information does not alter, amend, or change the Debtor's Notice of Selection, nor does it indicate that such contracts will be assumed by any subsequent buyer.

6. Class 8 consists of the Allowed Claims held by unsecured creditors. Class 8 has voted to accept the Plan. A summary of the Class 8 votes is attached hereto as Exhibit A.

7. Class 9 consists of the Interests in the Debtor. Class 9 is impaired by the Plan and is deemed to have accepted the Plan.

DATED: September 11, 2023         Respectfully submitted,

By: /s/ Keri L. Riley
  Keri L. Riley, #47605
  **KUTNER BRINEN DICKEY RILEY, P.C.**
  1660 Lincoln Street, Suite 1720
  Denver, CO 80264
  Telephone: (303) 832-2400
  Email: klr@kutnerlaw.com

# EXHIBIT A

## SUMMARY OF CLASS 8 VOTES

| Creditor | Amount | Vote | Assume or Reject Under Scenario 1 |
|---|---:|---|---|
| Barbara and Andrew Ruffing | $0.00[1] | Accepts | Assume |
| Barbara K. O'Brien | $86,000.00 | Rejects | Reject |
| Majid Molaie Living Trust | $86,487.00 | Accepts | Accept |
| Nancy Mammel Revocable Trust | $148,000.00 | Accepts | Reject |
| Dan and Melanie Witte | $143,800.00 | Accepts | Assume |
| CallComm Mining | $32,500.00 | Rejects | n/a |
| Studio PBA, Inc. | $390,720.00 | Rejects | n/a |
| Mark Oshman and Jennifer Owen Oshman | $167,800.00 | Accepts | Assume |
| Jeanne Connolly and Paul Connolly | $105,000.00 | Accepts | Assume |
| Whatley Properties LP | $218,020.00 | Accepts | Assume |
| Brian Schlottmann and Joanne Wee Kim | $61,000.00 | Accepts | Assume |
| Alan Hanan | $78,000.00 | Accepts | Assume |
| Daniel and Jennifer Daw | $133,895.75 | Accepts | Assume |
| Angela J. Ward | $580,300.00 | Rejects | Reject |
| Russell Epstein | $0.00 |  | Assume |
| William and Jennifer Mell | $123,800.00 | Accepts | Assume |
| Brian and Amy Koldyke | $123,800.00 | Accepts | Assume |
| MNJ Consulting | $263,517.51 | Accepts | n/a |
| Margaret Blyth | $139,800.00 | Accepts | Reject |
| Bret Tonniges | $137,000.00 | Accepts | Assume |
| John and Melissa Hourigan | $164,257.51 | Accepts | n/a |
| Harry and Carol Salzman | $576,763.00 | Accepts | Assume |
| Nik Lyon | $89,800.00 | Accepts | Assume |
| Richard Ray Ritchie | $814,000.00 | Accepts | Assume |
| Alvin M. Van | $229,700.00 | Accepts | Assume |
| **Total** | **$4,893,960.77** | | |

**[remainder of page intentionally left blank]**

---

[1] Amounts are listed as zero based on ballots submitted or left blank. Nothing contained herein is intended to constitute a waiver of any parties right to file a proof of claim for rejection damages.

| Total Number Voting | 24 |
|---|---|
| Total Number Accepting | 20 |
| **Total Percentage of Number Accepting** | **83.3%** |
| | |
| Total Dollar Amount Voting | $4,893,960.77 |
| Total Dollar Amount Accepting | $3,804,440.77 |
| **Total Percentage of Dollar Amount Accepting** | **77.7%** |

## CERTIFICATE OF SERVICE

I certify that on September 11, 2023, I served a complete copy of the foregoing **SUMMARY OF VOTING RESULTS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Benjamin A. Sales, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Paul G. Urtz, Esq.
Miller & Urtz, LLC
4500 East Cherry Creek South Drive
Suite 1080
Denver, CO 80246

Douglas W. Brown, Esq.
Brown Dunning Walker Fein Drusch PC
7995 East Prentice Avenue
Suite 101E
Greenwood Village, CO 80111

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Patrick Akers, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

David M. Rich, Esq.
Buechler Law Office LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Chad S. Caby, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

Bolor Nyamaa, Esq.
Bradley N. Shefrin, Esq.
Hall Booth Smith Atlanta
5445 DTC Parkway
Suite 900
Greenwood Village, CO 80111

Britney D. Beall-Eider, Esq.
Zachary A. Grey, Esq.
Frascona Joiner Goodman and Greenstein, P.C.
4750 Table Mesa Drive
Boulder, CO 80305

Barry L. Wilkie, Esq.
Javier J. Heres, Esq.
Nicole A. Westbrook, Esq.
Jones & Keller, P.C.
1675 Broadway
26th Floor
Denver, CO 80202

Robert D. Lantz, Esq.
Castle Lantz Maricle, LLC
4100 East Mississippi Avenue
Suite 410
Denver, CO 80426

Dan White
5036 Copperglen Circle
Colleyville, TX 76034

Aaron A. Garber, Esq.
Wadsworth Garber Warner and Conrardy, P.C.
2580 West Main Street
Littleton, CO 80120

J. Brian Fletcher, Esq.
Andrew D. Johnson, Esq.
Gabrielle G. Palmer, Esq.
Onsager Fletcher Johnson Palmer LLC
600 17th Street
Suite 425 North
Denver, CO 80202

Kyle C. Kreischer, Esq.
Ciancio Ciancio Brown, P.C.
1660 Lincoln Street
Suite 2000
Denver, CO 80264

K. Jamie Buechler, Esq.
Michael Lamb, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Matthew D. Skeen, Jr., Esq.
Skeen & Skeen, P.C.
P.O. Box 218
Georgetown, CO 80444

William R. Arant III, Esq.
19751 East Mainstreet
Suite 365
Parker, CO 80138


/s/Vicky Martina
Vicky Martina
Kutner Brinen Dickey Riley PC