UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE RE: AUCTION**

The Debtor, Uptown 240, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its Notice regarding the auction provisionally scheduled for September 15, 2023 as follows:

1. In accordance with the Bid Procedures approved on August 21, 2023, an auction was provisionally scheduled for September 15, 2023.

2. The Debtor is currently reviewing the initial bids received ad conferring with the bidding parties and the Consulting Parties regarding all offers.

3. Because the parties are still reviewing and discussing the information from the initial bids, the Debtor is still determining whether to conduct an auction on September 15, 2023 or whether to exercise its discretion and postpone the auction or whether to proceed with the auction.

4. Further notice will be provided as necessary to apprise creditors of the status of the auction.

DATED: September 13, 2023         Respectfully submitted,

By: ___/s/ Keri L. Riley___
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com