United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 23-10617-TBM |
| Uptown 240 LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 15, 2023 | Form ID: pdf904 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Uptown 240 LLC, 600 17th Street, Suite 2800 South, Denver, CO 80202-5428 |
| cr | + | CallComm Mining, Corp, 5721 Logan St., Denver, CO 80216-1323 |
| cr | + | Craig Slawson, 1601 Arapahoe Street, Denver, CO 80202-2015 |
| cr | + | Jill Follett, 6057 Red Hill Road, Boulder, CO 80302-9406 |
| cr | + | Matthew Follett, 6057 Red Hill Road, Boulder, CO 80302-9406 |
| cr | + | Note Acquisitions, Inc., 13950 Quebec St., Thornton, CO 80602-7925 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| app | | Chrysalis Valuation Services, LLC |
| acc | | Eide Bailly LLP |
| br | | Hilco Real Estate, LLC |
| sp | | Level Engineering and Inspection |
| cr | | Note Acquisition, Inc., 999 18th Street, Suite 1230-S |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 17, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Garber | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 15, 2023 | Form ID: pdf904 | Total Noticed: 6 |

|   |   |
|---|---|
| | on behalf of Creditor MNJ Consulting By Design Inc. agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Andrew D. Johnson | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors ajohnson@OFJlaw.com ajohnson@ecf.courtdrive.com;bmoss@ecf.courtdrive.com |
| Barry L. Wilkie | |
| | on behalf of Creditor Craig Slawson bwilkie@joneskeller.com rmesch@joneskeller.com |
| Benjamin Sales | |
| | on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov |
| Bolor Nyamaa | |
| | on behalf of Creditor Symmetry Builders Inc. bnyamaa@hallboothsmith.com, rkent@hallboothsmith.com;vloyd@hallboothsmith.com |
| Bradley Shefrin | |
| | on behalf of Creditor Symmetry Builders Inc. bshefrin@hallboothsmith.com, rkent@hallboothsmith.com;vloyd@hallboothsmith.com |
| Britney Beall-Eder | |
| | on behalf of Creditor Matthew Follett britney@frascona.com |
| Britney Beall-Eder | |
| | on behalf of Creditor Jill Follett britney@frascona.com |
| Chad S. Caby | |
| | on behalf of Creditor Harry A. Salzman ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Chad S. Caby | |
| | on behalf of Creditor Carol Salzman ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Dan Witte | |
| | danwitte@sbcglobal.net |
| David M. Rich | |
| | on behalf of Creditor Group 4Gs LLC dmrich@comcast.net, sharon@kjblawoffice.com |
| Douglas W Brown | |
| | on behalf of Creditor Pronet Capital LLC dbrown@bbdfirm.com, jkreh@bdwf-firm.com |
| Gabrielle Palmer | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors gpalmer@ofjlaw.com gpalmer@ecf.courtdrive.com;bmoss@ecf.courtdrive.com;bcomstock@ecf.courtdrive.com |
| J. Brian Fletcher | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jbfletcher@OFJlaw.com jbfletcher@ecf.courtdrive.com;bmoss@ecf.courtdrive.com |
| Javier Heres | |
| | on behalf of Creditor Craig Slawson jheres@joneskeller.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Note Acquisitions Inc. jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor CallComm Mining Corp jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Debtor Uptown 240 LLC klr@kutnerlaw.com vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Creditor RMS Concrete Inc. kevin@ksnpc.com |
| Kyle Kreischer | |
| | on behalf of Creditor Air-Tel LLC kylekreischer@colo-law.com, alisonschneider@colo-law.com |
| Kyle Kreischer | |
| | on behalf of Creditor 323 Dillon LLC kylekreischer@colo-law.com, alisonschneider@colo-law.com |
| Lars H. Fuller | |
| | on behalf of Creditor Rick Ritchie larsfuller@yahoo.com |
| Matthew D. Skeen, Jr. | |
| | on behalf of Creditor Maximum Services Inc. jrskeen@skeen-skeen.com |
| Michael Lamb | |
| | on behalf of Creditor CallComm Mining Corp mcl@kjblawoffice.com, Gabriel@kjblawoffice.com |
| Michael Lamb | |
| | on behalf of Creditor Note Acquisition Inc. mcl@kjblawoffice.com, Gabriel@kjblawoffice.com |

| District/off: 1082-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: pdf904 | Total Noticed: 6 |

Nicole A Westbrook
    on behalf of Creditor Craig Slawson nwestbrook@joneskeller.com

Patrick R. Akers
    on behalf of Creditor John P. Hourigan patrick.akers@moyewhite.com
    rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

Patrick R. Akers
    on behalf of Creditor Melissa L. Hourigan patrick.akers@moyewhite.com
    rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

Paul G. Urtz
    on behalf of Creditor JGJP Dillon LLC paulurtz@millerurtz.com

Robert Lantz
    on behalf of Creditor McMillan Insurance & Bonding Inc. d/b/a Innovise Business Consultants rlantz@clmatty.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

William Arant, III
    on behalf of Creditor Chris Wardak will@arantlawfirm.com  Emily@arantlawfirm.com

TOTAL: 33

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEBTOR AND THE COMMITTEE TO RESPOND TO MNJ CONSULTING BY DESIGN, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

THIS MATTER having come before the Court on the Unopposed Motion to Extend Deadline for Debtor and the Committee to respond to MNJ Consulting by Design, Inc.'s Motion for Administrative Expense Claim Pursuant to 11 U.S.C. § 503 (Docket No. 320, the "Motion") filed by the Official Committee of Unsecured Creditors (the "Committee"), and the Court, having reviewed the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the deadline for Debtor and the Committee to respond to the MNJ Motion (as defined in the Motion) is extended through and including **September 29, 2023**.

Dated: September 15, 2023                    BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge