# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-10617-TBM |
| UPTOWN 240, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION TO ALLOW LATE FILED PROOF OF CLAIM

This matter having come before the Court on the Chris Wardak's Motion to Allow Late filed Proof of Claim (the "Motion"), the Court, being fully advised in the premises, and for good cause shown:

ORDERS that the Motion is GRANTED. The deadline for Mr. Wardak to file a Proof of Claim is extended up to and including August 31, 2023 pursuant to FED. R. BANKR. P. 9006(b)(1).

DATED this 18th day of September, 2023.

BY THE COURT:

*Thomas B. McNamara*
The Honorable Thomas B. McNamara
United States Bankruptcy Judge

5