UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**STATUS REPORT AND NOTICE OF CONTINUED SALE DATES**

The Debtor, Uptown 240, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its Status Report and Notice of Continued Sale Dates as follows:

1. In accordance with the Bid Procedures approved on August 21, 2023, an auction was provisionally scheduled for September 15, 2023. On September 13, 2023, the Debtor filed a Notice Regarding Auction, indicating that the Debtor was reviewing bids and conferring with bidding parties and the Consulting Parties.

2. The Debtor has continued to consult with the involved parties and is working through complexities related to the proposed sale terms.

3. Because of the complexities with the proposed sale terms, the Debtor has exercised its discretion to extend certain sale dates.

4. In lieu of an auction, the Debtor has requested that bidding parties make their best and final offer on or before September 22, 2023.

5. Following the receipt of best and final offers, the Debtor will select a successful bidder and a backup bidder, and will file it sale motion the same day.

6. Further notice will be provided as necessary to apprise creditors of the status of the auction.

DATED: September 19, 2023         Respectfully submitted,

By:___/s/ Keri L. Riley_____
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com