UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF ADJOURNMENT OF AUCTION**

The Debtor, Uptown 240, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its Notice of the adjournment of the auction and sale process and in support thereof, states as follows:

1. In accordance with the Bid Procedures approved on August 21, 2023, an auction was provisionally scheduled for September 15, 2023.

2. The Debtor received two competitive bids during the sale process, and elected to run a best and final process in lieu of an auction.

3. The Debtor has since concluded its best and final process, and it working through certain remaining issues related to the sale.

4. Contemporaneously with this Notice, the Debtor is filing a Motion to Continue the hearing on the sale set for October 3, 2023, the confirmation hearing set in connection therewith, and certain related dates.

DATED: September 28, 2023    Respectfully submitted,

By:  /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

   I certify that on September 28, 2023, I served a complete copy of the foregoing **NOTICE OF ADJOURNMENT OF AUCTION** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Benjamin A. Sales, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Paul G. Urtz, Esq.
Miller & Urtz, LLC
4500 East Cherry Creek South Drive
Suite 1080
Denver, CO 80246

Douglas W. Brown, Esq.
Brown Dunning Walker Fein Drusch PC
7995 East Prentice Avenue
Suite 101E
Greenwood Village, CO 80111

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Patrick Akers, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

David M. Rich, Esq.
Buechler Law Office LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Chad S. Caby, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

Bolor Nyamaa, Esq.
Bradley N. Shefrin, Esq.
Hall Booth Smith Atlanta
5445 DTC Parkway
Suite 900
Greenwood Village, CO 80111

Britney D. Beall-Eider, Esq.
Zachary A. Grey, Esq.
Frascona Joiner Goodman and Greenstein, P.C.
4750 Table Mesa Drive
Boulder, CO 80305

Barry L. Wilkie, Esq.
Javier J. Heres, Esq.
Nicole A. Westbrook, Esq.
Jones & Keller, P.C.
1675 Broadway
26th Floor
Denver, CO 80202

Robert D. Lantz, Esq.
Castle Lantz Maricle, LLC
4100 East Mississippi Avenue
Suite 410
Denver, CO 80426

Dan White
5036 Copperglen Circle
Colleyville, TX 76034

Aaron A. Garber, Esq.
Wadsworth Garber Warner and
Conrardy, P.C.
2580 West Main Street
Littleton, CO 80120

J. Brian Fletcher, Esq.
Andrew D. Johnson, Esq.
Gabrielle G. Palmer, Esq.
Onsager Fletcher Johnson Palmer LLC
600 17th Street
Suite 425 North
Denver, CO 80202

Kyle C. Kreischer, Esq.
Ciancio Ciancio Brown, P.C.
1660 Lincoln Street
Suite 2000
Denver, CO 80264

K. Jamie Buechler, Esq.
Michael Lamb, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Matthew D. Skeen, Jr., Esq.
Skeen & Skeen, P.C.
P.O. Box 218
Georgetown, CO 80444

William R. Arant III, Esq.
19751 East Mainstreet
Suite 365
Parker, CO 80138

Andrew M. Toft, Esq.
Hoffman Nies Davd and Meyer LLP
5350 South Roslyn Street
Suite 100
Greenwood Village, CO 80111

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**