# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UPTOWN 240 LLC | ) BANKRUPTCY NO. 23-10617 TBM |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

## JGJP DILLON LLC'S RESPONSE TO DEBTOR'S MOTION TO CONTINUE HEARING ON CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION AND SALE OF PROPERTY

JGJP Dillon LLC ("JGJP"), through its attorney, responds to the Motion to Continue Hearing on Confirmation of Debtor's Amended Plan of Reorganization and Sale of Property filed by the Debtor, Uptown 240, LLC ("Uptown"), at Docket #330, as follows:

1. JGJP, the Debtor, the Official Committee of Unsecured Creditors, and MNJ Consulting by Design, Inc. previously entered into a Settlement Agreement that was approved by the Court on August 18, 2023 (Docket #281).

2. Section 2 of the Settlement Agreement requires the Debtor to pay JGJP the sum of $9,250,000 on or within ninety (90) days from the date that Uptown filed its motion to approve the Settlement Agreement. That motion was filed on July 20, 2023, at Docket #204, which means that the deadline for this payment to JGJP is October 18, 2023.

3. Section 8 of the Settlement Agreement provides that in the event that Uptown fails to pay JGJP on or before October 18, 2023, Uptown shall be in default of this Agreement and JGJP shall be entitled to the entry of an Order granting JGJP's motion for relief from stay to proceed with the Summit County Public Trustee foreclosure action and relief from the automatic stay to allow the Summit County District Court mechanic's lien foreclosure case to proceed for the purpose of determining the validity, priority and amount of the liens that have been asserted

in that action, with such order to be entered on a forthwith basis without further notice or hearings thereon.

4. Debtor did not confer with JGJP prior to filing its motion to continue the hearing on the sale of its real property. The fact that Debtor is asking to continue the hearing to approve a sale of the real property to a date after payment is due to JGJP, which hearing is a necessary to obtain approval to actually sell the property, indicates that Uptown is going to default on its Settlement Agreement with JGJP and that JGJP will be entitled to relief from stay on October 19, 2023.

5. JGJP objects to a continuance of the hearing on the sale of the real property and, whether or not the Debtor's motion is granted, JGJP expressly reserves all of its rights under the terms of the Settlement Agreement, including the right to file a notice of default and to the entry of an order granting it relief from the automatic stay prior to the new date that Uptown has asked for the hearing.

WHEREFORE, JGJP Dillon LLC respectfully requests that the Court deny the Debtor's motion to continue the hearing on the sale of the real property and that it grant such other and further relief as it deems proper, including immediate relief from the automatic stay if the Court determines that the Debtor cannot meet its commitment to JGJP by October 18, 2023.

Dated: September 29, 2023        MILLER & URTZ, LLC

By: *S/Paul G. Urtz*
  Paul G. Urtz, #14339
  4500 E. Cherry Creek South Dr.
  Suite 1080
  Denver, CO 80246
  Telephone: (303) 861-1200
  Email: paulurtz@millerurtz.com
  Attorney for JGJP Dillon, LLC

CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2023, a copy of the foregoing JGJP Dillon LLC's Response to Debtor's Motion to Continue Hearing on Confirmation of Amended Plan of Reorganization and Sale of Property was served by depositing in the U.S. Mail, first class postage prepaid, addressed to the following:

Uptown 240 LLC
600 17th Street
Suite 2800 South
Denver, CO 80202

And by CM/ECF to:

| | |
|---|---|
| Britney Beall-Eder | Patrick R. Akers |
| Douglas W Brown | Kelsey Jamie Buechler |
| Chad S. Caby | J. Brian Fletcher |
| Aaron A Garber | Javier Heres |
| Andrew D. Johnson | Kyle Kreischer |
| Michael Lamb | Robert Lantz |
| Kevin S. Neiman | Bolor Nyamaa |
| Gabrielle Palmer | David M. Rich |
| Keri L. Riley | Benjamin A. Sales |
| Bradley Shefrin | Matthew D. Skeen |
| Nicole A Westbrook | Barry L. Wilkie |
| Dan Witte | William Arant |
| Kyler K. Burgi | Lars Fuller |
| U.S. Trustee | |

                /s/Paul G. Urtz