UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Thomas B. McNamara

In re:

UPTOWN 240 LLC,

Debtor.

Bankruptcy Case No. 23-10617 TBM
Chapter 11

_____

**ORDER REGARDING MOTION TO CONTINUE
CONFIRMATION HEARING AND SALE HEARING**
_____

This matter comes before the Court on the "Motion to Continue Hearing on Confirmation of the Debtor's Amended Plan of Reorganization and Sale of Property and Dates Related Thereto" (Docket No. 331, the "Motion to Continue") filed by Debtor Uptown 240 LLC (the "Debtor") on September 28, 2023, and the Response in Opposition (Docket No. 332, the "Opposition") filed by JGJP Dillon, LLC ("JGJP") on September 29, 2023.

## I. Background.

### A. Confirmation Hearing.

On August 4, 2023, the Court entered an "Order Approving Disclosure Statement and Setting Confirmation Hearing." (Docket No. 261, the "Confirmation Hearing Order.") In the Confirmation Hearing Order, the Court approved the adequacy of the Debtor's "Second Amended Disclosure Statement to Accompany Plan of Reorganization Dated May 24, 2023" (Docket No. 257), which accompanied the Debtor's proposed "Amended Plan of Reorganization Dated May 24, 2023" (Docket No. 212, the "Plan"), as modified by the "Amendment to Amended Plan of Reorganization" (Docket No. 256, the "Amendment"). The Court refers to the Plan and the Amendment together as the "Amended Plan." In the Confirmation Hearing Order, the Court set a Confirmation Hearing on the Amended Plan for September 14, 2023. Subsequently, at the Debtor's request, the Court rescheduled the Confirmation Hearing on the Amended Plan to 1:30 p.m. on October 3, 2023. (Docket No. 314.)

### B. Sale Hearing.

On August 21, 2023, the Court entered an "Order: (A) Approving Bid Procedures for the Sale of Substantially All of Its Assets, (B) Approving the Form of Notice; (C) Establishing Auction and Sale Hearing Dates, and (D) Granting Related Relief." (Docket No. 284, the "Bid Procedures Order.") Therein, the Court set deadlines for the

Debtor's proposed sale of the real property and improvements located at 240 Lake Dillon Drive, Dillon, Colorado (the "Property"). Among other things, the Court approved an auction procedure and directed that the Debtor submit a "Motion to Approve Sale and Assume and Assignment Executory Contracts" (the "Motion to Approve Sale") no later than September 18, 2023. The Court set an October 2, 2023 deadline for objections to such anticipated Motion to Approve Sale. And, the Court set a Sale Hearing for 1:30 p.m. on October 3, 2023 (which coincides with the Confirmation Hearing). Thereafter, the Debtor failed to comply with the Bid Procedures Order by, among other things, failing to file the Motion to Approve Sale.

## II. Legal Analysis.

Through the Motion to Continue, the Debtor now requests that the Court "continue" both the Sale Hearing and the Confirmation Hearing until "near October 24, 2023." JGJP opposes the request. The Court concurs in part, and denies in part, the Debtor's request as follows:

First, with respect to the Sale Hearing, the Court agrees that no purpose would be served by conducting the Sale Hearing. After all, the Debtor failed to comply with the Bid Procedures Order by, among other things, failing to file the Motion to Approve Sale. So, the October 3, 2023 Sale Hearing obviously would be pointless and should be vacated. Furthermore, there is no need to "continue" the Sale Hearing because the Debtor has not filed any Motion to Approve Sale. If and when the Debtor elects to file a Motion to Approve Sale, the Court will take it up in the normal course consistent with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, and the Local Bankruptcy Rules. However, the Court notes that any late Motion to Approve Sale may be inconsistent with the "Settlement Agreement," dated July 17, 2023 (Docket No. 204-1) between the Debtor, the Official Committee of Unsecured Creditors, MNJ Consulting by Design, Inc., and JGJP (the "JGJP Settlement") which requires, among other things, that the Debtor pay JGJP $9,250,000 no later than October 18, 2023 failing which JGJP shall be entitled to the entry of an Order granting relief from stay to foreclose on the Property. The Court approved the JGJP Settlement. (Docket No. 281.) Also, any late Motion to Approve Sale may be inconsistent with the "Settlement Agreement," dated August 21, 2023 (Docket No. 286-1) between the Debtor, RMS Concrete, Inc. ("RMS") and Barton Materials, LLC (the "RMS/Barton Settlement") which requires, among other things, that the Debtor pay RMS $983,525 no later than October 18, 2023, failing which RMS shall be entitled to the entry of an Order granting relief from stay to foreclose on the Property. The Court approved the RMS/Barton Settlement. (Docket No. 316.)

Second, with respect to the Confirmation Hearing, based on the Motion to Continue and various other recent submissions by the Debtor (Docket Nos. 301, 312, 318, 326, and 330), the Court understands that the Debtor is not seeking confirmation of the Amended Plan in its current form. So, the October 3, 2023 Confirmation Hearing obviously would be pointless and should be vacated. Furthermore, there is no need to "continue" the Confirmation Hearing because the Debtor has not filed any modifications of the Amended Plan and any modifications almost certainly would be material and

2

require additional notice and opportunity to object, especially given the approved JGJP Settlement, the approved RMS/Barton Settlement, and other recent developments of record. *See* 11 U.S.C. §§ 1123-1129 and Fed. R. Bankr. P. 3019(a).

### III. Conclusion and Order.

It is therefore,

ORDERED that the Sale Hearing on sale of the Property set for **October 3, 2023, at 1:30 p.m.** is VACATED. It is

FURTHER ORDERED that the Confirmation Hearing on confirmation of the Amended Plan set for **October 3, 2023, at 1:30 p.m.** is VACATED. It is

FURTHER ORDERED that the Court will hold a status conference on **October 3, 2023, at 1:30 p.m.** in Courtroom E, United States Custom House, 721 19th Street Denver, Colorado. The Debtor should be prepared at the status conference to provide the Court, creditors, and parties in interest with detailed information regarding the status of this case, including any potential sale of the Property and the Debtor's intentions with respect to the confirmation process.

DATED this 29th day of September, 2023.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge