UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I certify that on October 2, 2023, I served a complete copy of the **UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MNJ CONSULTING BY DESIGN, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. SECTION 503** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Benjamin A. Sales, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Patrick Akers, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

Paul G. Urtz, Esq.
Miller & Urtz, LLC
4500 East Cherry Creek South Drive
Suite 1080
Denver, CO 80246

David M. Rich, Esq.
Buechler Law Office LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Douglas W. Brown, Esq.
Brown Dunning Walker Fein Drusch PC
7995 East Prentice Avenue
Suite 101E
Greenwood Village, CO 80111

Chad S. Caby, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Bolor Nyamaa, Esq.
Bradley N. Shefrin, Esq.
Hall Booth Smith Atlanta
5445 DTC Parkway
Suite 900
Greenwood Village, CO 80111

Britney D. Beall-Eider, Esq.
Zachary A. Grey, Esq.
Frascona Joiner Goodman and Greenstein, P.C.
4750 Table Mesa Drive
Boulder, CO 80305

Barry L. Wilkie, Esq.
Javier J. Heres, Esq.
Nicole A. Westbrook, Esq.
Jones & Keller, P.C.
1675 Broadway
26th Floor
Denver, CO 80202

Robert D. Lantz, Esq.
Castle Lantz Maricle, LLC
4100 East Mississippi Avenue
Suite 410
Denver, CO 80426

Dan White
5036 Copperglen Circle
Colleyville, TX 76034

Aaron A. Garber, Esq.
Wadsworth Garber Warner and Conrardy, P.C.
2580 West Main Street
Littleton, CO 80120

J. Brian Fletcher, Esq.
Andrew D. Johnson, Esq.
Gabrielle G. Palmer, Esq.
Onsager Fletcher Johnson Palmer LLC
600 17th Street
Suite 425 North
Denver, CO 80202

Kyle C. Kreischer, Esq.
Ciancio Ciancio Brown, P.C.
1660 Lincoln Street
Suite 2000
Denver, CO 80264

K. Jamie Buechler, Esq.
Michael Lamb, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Matthew D. Skeen, Jr., Esq.
Skeen & Skeen, P.C.
P.O. Box 218
Georgetown, CO 80444

William R. Arant III, Esq.
19751 East Mainstreet
Suite 365
Parker, CO 80138

Andrew M. Toft, Esq.
Hoffman Nies Davd and Meyer LLP
5350 South Roslyn Street
Suite 100
Greenwood Village, CO 80111


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**