UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MNJ CONSULTING BY DESIGN, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

THIS MATTER, having come before the Court on the Debtor's Unopposed Motion to Extend Time to File Response to MNJ Consulting By Design, Inc.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 (Docket No. 334, the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;

2. The Debtor and the Official Committee of Unsecured Creditors shall have through and including **October 13, 2023** to file a response to the MNJ Consulting by Design, Inc.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503.

DATED this 2nd day of October, 2023.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Court Judge