*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

## Minutes of Proceeding

| | |
|---|---|
| Date: October 3, 2023 | **Honorable Thomas B. McNamara, Presiding**<br>Katherine M. Swan, Law Clerk |

| | | |
|---|---|---|
| In re:  Uptown 240, LLC,<br>     Debtor. | | Case No. 23-10617 TBM<br>Chapter 11 |

**Appearances**

| | | | |
|---|---|---|---|
| U.S. Trustee | | Counsel | **Ben Sales** |
| Debtor | **Uptown 240, LLC** | Counsel | **Keri Riley** |
| Creditor | **Committee of Unsecured Creditors** | Counsel | **Gabrielle Palmer** |
| Creditor | **RMS Concrete, Inc.** | Counsel | **Kevin Neiman** |
| Creditor | **JGJP Dillon LLC** | Counsel | **Paul Urtz** |
| Creditor | **RMS Concrete, Inc.** | Counsel | **Kevin Neiman** |
| Creditor | **Symmetry Builders, Inc.** | Counsel | **Bradley Shefrin** |
| Creditor | **Group 4Gs, LLC** | Counsel | **David Rich** |

Proceedings:   Status Conference Pursuant to 11 U.S.C. § 105(d)(1)

☒ Counsel for the Debtor, the United States Trustee, and the creditors identified above entered their appearances on the record.

☒ The Court noted that the hearing on confirmation of the Debtor's proposed "Amended Plan of Reorganization Dated May 24, 2023" (Docket No. 212, the "Plan") and the hearing on sale of the Property located at 240 Lake Dillon Drive, Dillon, Colorado, had been vacated and requested that counsel for the Debtor provide an update on the status of the case.

☒  Counsel for the Debtor provided the Court with an update on the status of the sales process and the Debtor's reorganization efforts.

☒  Counsel for the United States Trustee; the Committee of Unsecured Creditors; RMS Concrete, Inc.; JGJP Dillon LLC; and Symmetry Builders, Inc., advised the Court as to their views regarding the status of the case and their positions with respect to continuation of the case.

Date:  October 3, 2023

FOR THE COURT:
Kenneth S. Gardner, Clerk of Bankruptcy Court

By: _Katherine M. Swan_
     Katherine M. Swan, Law Clerk