United States Bankruptcy Court
District of Colorado

In re:  
Uptown 240 LLC  
    Debtor

Case No. 23-10617-TBM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 02, 2023      Form ID: pdf904      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Uptown 240 LLC, 600 17th Street, Suite 2800 South, Denver, CO 80202-5428 |
| cr | + | CallComm Mining, Corp, 5721 Logan St., Denver, CO 80216-1323 |
| cr | + | Craig Slawson, 1601 Arapahoe Street, Denver, CO 80202-2015 |
| cr | + | Jill Follett, 6057 Red Hill Road, Boulder, CO 80302-9406 |
| cr | + | Matthew Follett, 6057 Red Hill Road, Boulder, CO 80302-9406 |
| cr | + | Note Acquisitions, Inc., 13950 Quebec St., Thornton, CO 80602-7925 |
| 19343451 | + | Barton Materials LLC, 14800 Moncrieff Place, Aurora, CO 80011-1211 |
| 19343455 | + | CTL Thompson, 7306 South Alton Way, ATTN George W. Benecke, Centennial, CO 80112-2303 |
| 19343452 | + | ClayDean Electric Co., 5150 Havana Street, Suite B, ATTN Adam Fenerstein, Denver, CO 80239-2138 |
| 19343454 | + | ConTech Engineered Solutions LLC, 625 The City Drive South, Suite 190, ATTN Craig P. Bronstein, Orange, CA 92868-4983 |
| 19343457 | + | Epoch Developments LLC, 1601 Arapahoe Street, ATTN Craig Stawson, Denver, CO 80202-2088 |
| 19343458 | + | Group 4G's, 2308 Cherry Glen Drive, ATTN Landon Greve, Jones, OK 73049-4964 |
| 19343460 | | Holland & Hart, P.O. Box 17283, ATTN Jennifer Hall, Denver, CO 80217-0283 |
| 19343461 | + | Innovise Business Consultants, 7800 South Elati Street, ATTN Jason McMillan, Littleton, CO 80120-4483 |
| 19343464 | + | JPG Dillon LLC, 4500 East Cherry Creek South Drive, Suite 1080, ATTN Paul Urtz, Esq., Denver, CO 80246-1537 |
| 19343468 | + | MNJ Conslting by Design, Inc., LLC, P.O. Box 1461, ATTN Mike Graham, Silverthorne, CO 80498-1461 |
| 19343465 | + | Maximum Services, Inc., P.O. Box 695, ATTN Shawna Nelson, Kremmling, CO 80459-0695 |
| 19343466 | | Melbourne Studios, 652 Miller Street, Woodstock, ATTN Kevin Melbourne, Ontario, Canada N4S5K1 |
| 19343471 | + | ProNet Capital LLC, 2000 South Colorado Blvd., Tower 2, Suite 700, ATTN Douglas Brown, Denver, CO 80222-7900 |
| 19343472 | + | R&H Mechanical, Inc., P.O. Box 810, ATTN David Young, Eagle, CO 81631-0810 |
| 19343473 | + | RMS Concrete, P.O. Box 670, ATTN Reuben Vargas, Glenwood Springs, CO 81602-0670 |
| 19343476 | + | Symmetry Builders, Inc., 5069 Silver Peak Avenue, Suite 1, ATTN Erin Aitkens, Dacono, CO 80514-8820 |
| 19343478 | + | Town of Dillon, P.O. Box 8, ATTN Carri McDonall, Dillon, CO 80435-0001 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| app | | Chrysalis Valuation Services, LLC |
| acc | | Eide Bailly LLP |
| br | | Hilco Real Estate, LLC |
| sp | | Level Engineering and Inspection |
| cr | | Note Acquisition, Inc., 999 18th Street, Suite 1230-S |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf904 | Total Noticed: 23 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Aaron A Garber
on behalf of Creditor MNJ Consulting By Design Inc. agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com

Andrew D. Johnson
on behalf of Creditor Committee Official Committee of Unsecured Creditors ajohnson@OFJlaw.com ajohnson@ecf.courtdrive.com;bmoss@ecf.courtdrive.com

Andrew M. Toft
on behalf of Creditor Ryan Pope atoft@hn-colaw.com

Andrew M. Toft
on behalf of Creditor Michelle Hendy atoft@hn-colaw.com

Barry L. Wilkie
on behalf of Creditor Craig Slawson bwilkie@joneskeller.com  rmesch@joneskeller.com

Benjamin Sales
on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov

Bolor Nyamaa
on behalf of Creditor Symmetry Builders Inc. bnyamaa@hallboothsmith.com, rkent@hallboothsmith.com;vloyd@hallboothsmith.com

Bradley Shefrin
on behalf of Creditor Symmetry Builders Inc. bshefrin@hallboothsmith.com, rkent@hallboothsmith.com;vloyd@hallboothsmith.com

Britney Beall-Eder
on behalf of Creditor Matthew Follett britney@frascona.com

Britney Beall-Eder
on behalf of Creditor Jill Follett britney@frascona.com

Chad S. Caby
on behalf of Creditor Harry A. Salzman ccaby@lewisroca.com  chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

Chad S. Caby
on behalf of Creditor Carol Salzman ccaby@lewisroca.com  chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

Dan Witte
danwitte@sbcglobal.net

David M. Rich
on behalf of Creditor Group 4Gs LLC dmrich@comcast.net, sharon@kjblawoffice.com

Douglas W Brown
on behalf of Creditor Pronet Capital LLC dbrown@bbdfirm.com, jkreh@bdwf-firm.com

Gabrielle Palmer
on behalf of Creditor Committee Official Committee of Unsecured Creditors gpalmer@ofjlaw.com gpalmer@ecf.courtdrive.com;bmoss@ecf.courtdrive.com;bcomstock@ecf.courtdrive.com

J. Brian Fletcher
on behalf of Creditor Committee Official Committee of Unsecured Creditors jbfletcher@OFJlaw.com jbfletcher@ecf.courtdrive.com;bmoss@ecf.courtdrive.com

Javier Heres
on behalf of Creditor Craig Slawson jheres@joneskeller.com

Kelsey Jamie Buechler
on behalf of Creditor Note Acquisitions Inc. jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf904 | Total Noticed: 23 |

|   |   |
|---|---|
| | on behalf of Creditor CallComm Mining Corp jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Debtor Uptown 240 LLC klr@kutnerlaw.com vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Creditor RMS Concrete Inc. kevin@ksnpc.com |
| Kyle Kreischer | |
| | on behalf of Creditor Air-Tel LLC kylekreischer@colo-law.com, alisonschneider@colo-law.com |
| Kyle Kreischer | |
| | on behalf of Creditor 323 Dillon LLC kylekreischer@colo-law.com, alisonschneider@colo-law.com |
| Lars H. Fuller | |
| | on behalf of Creditor Rick Ritchie larsfuller@yahoo.com |
| Matthew D. Skeen, Jr. | |
| | on behalf of Creditor Maximum Services Inc. jrskeen@skeen-skeen.com |
| Michael Lamb | |
| | on behalf of Creditor CallComm Mining Corp mcl@kjblawoffice.com, Gabriel@kjblawoffice.com |
| Michael Lamb | |
| | on behalf of Creditor Note Acquisition Inc. mcl@kjblawoffice.com, Gabriel@kjblawoffice.com |
| Nicole A Westbrook | |
| | on behalf of Creditor Craig Slawson nwestbrook@joneskeller.com |
| Patrick R. Akers | |
| | on behalf of Creditor John P. Hourigan patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Patrick R. Akers | |
| | on behalf of Creditor Melissa L. Hourigan patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Paul G. Urtz | |
| | on behalf of Creditor JGJP Dillon LLC paulurtz@millerurtz.com |
| Robert Lantz | |
| | on behalf of Creditor McMillan Insurance & Bonding Inc. d/b/a Innovise Business Consultants rlantz@lantzlawgroup.com |
| US Trustee | |
| | USTPRegion19.DV.ECF@usdoj.gov |
| William Arant, III | |
| | on behalf of Creditor Chris Wardak will@arantlawfirm.com Emily@arantlawfirm.com |

TOTAL: 35

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MNJ CONSULTING BY DESIGN, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

THIS MATTER, having come before the Court on the Debtor's Unopposed Motion to Extend Time to File Response to MNJ Consulting By Design, Inc.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 (Docket No. 334, the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;

2. The Debtor and the Official Committee of Unsecured Creditors shall have through and including **October 13, 2023** to file a response to the MNJ Consulting by Design, Inc.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503.

DATED this 2nd day of October, 2023.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Court Judge