UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF MOTION FOR ENTRY OF ORDER: 1) APPROVING CONTRACT OF SALE BY AND BETWEEN DEBTOR AND 240 LAKE DILLON DRIVE DEVELOPER, LLC; 2) AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b), (f), AND (m); 3) AUTHORIZING PAYMENT OF CERTAIN ITEMS AT CLOSING; AND 4) GRANTING RELATED RELIEF**

**OBJECTION DEADLINE: NOVEMBER 2, 2023\*\***

**YOU ARE HEREBY NOTIFIED** that the Debtor, Uptown 240, LLC ("Debtor"), has filed *Motion for Entry of Order: 1) Approving Contract of Sale By and Between Debtor and 240 Lake Dillon Drive Developer, LLC; 2) Authorizing Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), (f), and (m); 3) Authorizing Payment of Certain Items at Closing; and 4) Granting Related Relief* ("Motion") and request the following relief: approval of sale of substantially all of the Debtor's assets free and clear of liens, claims, and encumbrances for a purchase price of $12,750,000. The Debtor further seeks authorization to pay certain amounts at closing as detailed in the Motion, and seeks a waiver of the 14-day stay under Fed. R. Bankr. P. 6004(h).

**\*\*The Debtor has filed a Motion to Shorten Notice contemporaneously herewith.  If the Motion is not granted, the objection deadline will be November 9, 2023, and the Buyer will not receive the full intended benefit of the Sale Contract, including the pre-closing access to the Property, and there will be a delay before any earnest money deposit becomes non-refundable.**

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without further notice to creditors or other interested parties.

DATED: October 19, 2023

Respectfully submitted,

By:   /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone:  (303) 832-2400
E-mail: klr@kutnerlaw.com