UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10617-TBM |
| UPTOWN 240 LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF ORDER: 1) APPROVING CONTRACT OF SALE BY AND BETWEEN DEBTOR AND 240 LAKE DILLON DRIVE DEVELOPER, LLC; 2) AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b), (f), AND (m); 3) AUTHORIZING PAYMENT OF CERTAIN ITEMS AT CLOSING; AND 4) GRANTING RELATED RELIEF**

The Debtor, Uptown 240, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its Notice of its Withdrawal of its *Motion for Entry of Order: 1) Approving Contract of Sale by and Between Debtor and 240 Lake Dillon Drive Developer, LLC; 2) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b),(f), and (m); 3) Authorizing Payment of Certain Items at Closing; and 4) Granting Related Relief* ("Sale Motion") (Docket No. 345) and in support thereof, states as follows:

1. The Debtor filed its Sale Motion on October 19, 2023, seeking approval of a sale of substantially all of its assets to 240 Lake Dillon Drive Developer, LLC ("Buyer").

2. Responses or objections were due to be filed on November 2, 2023.

3. On November 2, 2023, the Buyer elected to terminate the Contract for Sale with the Debtor.

4. As set forth in the Sale Motion, JGJP Dillon, LLC may elect to proceed with a Backup Bid. To the extent JGJP Dillon, LLC elects to do so, a new motion seeking approval of the sale will be filed.

**[remainder of page intentionally left blank]**

Dated: November 2, 2023          Respectfully submitted,

By:   <u>/s/ Keri L. Riley</u>
      Keri L. Riley, #47605
      **KUTNER BRINEN DICKEY RILEY, P.C.**
      1660 Lincoln Street, Suite 1720
      Denver, CO 80264
      Telephone: (303) 832-2400
      E-Mail: klr@kutnerlaw.com