---

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor :   UPTOWN 240 LLC                                    Case #:    23-10617-TBM

                                                                              Chapter:   11

---

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Forthwith Hearing

**Complete applicable sections.**

**Part 1**  **Certificate and Request for Hearing**

On November 17, 2023, Uptown 240, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, **Motion for Entry of Order: (1) Approving Contract of Sale by and between Debtor and JGJP Dillon, LLC; (2) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Encumbrances pursuant to 11 U.S.C. Sections 363(b), (f), and (m); (3) Authorizing Payment of Certain Items at Closing; and (4) Granting Related Relief** (the "Motion") at docket no. 367.   Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on November 17, 2023.
2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on November 17, 2023.
3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
   a. Objection filed by RMS Concrete, Inc. (docket no., 377); and
   b. Objection filed by CallComm Mining Corp. (docket no. 378)

4. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no. 367;
   b. the Notice, docket no. 369;
   c. the Certificate of Service of the Motion and the Notice, docket nos. 367 and 369;
   d. the Proposed Order, docket no. 367.
5. Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner:
   a. Movant, RMS Concrete, and Barton Materials have agreed to an amendment to the prior approved settlement agreement that will be filed on or about December 15, 2023.  Upon approval of the amendment, Movant anticipates that RMS Concrete and Barton Materials will withdraw their limited objection.
   b. Movant and JGJP Dillon, LLC have conferred with CalComm to attempt to reach a resolution of the objection. Such efforts have been conducted by phone and email, and were ultimately unsuccessful.
6. Resolution of this contested matter required a determination of legal and factual issues. Movant anticipates that the hearing will take approximately one-half of a day.  Given the contractual closing date of January 12, 2024 and the travel schedule of the buyer, Movant will be filing a motion for forthwith hearing contemporaneously with this contested certificate requesting a hearing the week of January 1, 2024 depending on the Court's availability.

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

Dated: December 14, 2023                    Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com